IRA A. LEWIS, petitioner,

*v.*

IRENE JONES LEWIS, defendant.

[Decided June 5th, 1924.]

### Divorce—Adultery—Denial—Decree for Petitioner.

On final hearing.

*Mr. Philip M. Chamberlin,* for the petitioner.

*Mr. Frank I. Casey,* for the defendant.

BUCHANAN, V. C.

Petition by the husband for divorce on the ground of adultery. Answers in denial by wife and co-respondent.

The sole issue is as to the fact of the alleged act of adultery. As more particularly explained orally at the close of the hearing, I have no doubt as to the truth of the testimony on behalf of petitioner in this regard, and, the jurisdictional requisites being also established, I will advise decree accordingly.

Costs, including counsel fees of one hundred dollars ($100), will be awarded to petitioner against the co-respondent, and (petitioner having consented thereto in open court) costs, including counsel fee of fifty dollars ($50), will be decreed to defendant as against the petitioner.